IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY R. WENK and LEE ANN WENK., | ) CIVIL DIVISION |
| Plaintiff | ) No. 2:22-cv-433 |
| v. | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Defendant | ) |

## NOTICE OF REMOVAL

NOW, comes the Defendant, State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys, Burns White LLC, and files this Notice of Removal pursuant to 28 U.S.C. §1441, *et seq*. State Farm submits that the United States District Court for the Western District of Pennsylvania has original diversity jurisdiction over this civil action and this matter may be removed to the District Court in accordance with the procedures provided at 28 U.S.C. §1446. In further support of this Notice of Removal, State Farm Fire and Casualty Company states as follows:

1. Plaintiffs Jeffrey R. Wenk and Lee Ann Wenk filed a Complaint in the Court of Common Pleas of Allegheny County on or about February 10, 2022. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Upon information and belief, Exhibit A constitutes all of the pleadings, process, and orders which were filed in connection with the state court action.

### Complete Diversity Exists

3. The Complaint states that Plaintiffs are residents of Pennsylvania. See Exhibit A at ¶ 1.

4. Both at the time that Plaintiff initiated this action and at the time of this Removal, Plaintiffs were and are citizens of Pennsylvania.

5. State Farm Fire and Casualty Company is not a Pennsylvania corporation, nor does State Farm Fire and Casualty Company have its principal place of business in Pennsylvania.

6. Rather, State Farm Fire and Casualty Company is a mutual insurance company organized under the laws of Illinois, with its principal place of business at 1 State Farm Plaza, Bloomington, Illinois, 61701.

7. Both at the time Plaintiff initiated this action and at the time of this removal, State Farm Fire and Casualty Company was and is a citizen of Illinois.

## The Amount in Controversy is Satisfied

8. Plaintiff's Complaint seeks $250,000 in damages for the alleged breach of a confidentiality provision of a settlement agreement.

9. Based upon the claims asserted by the Plaintiff in the Complaint, and the potential damages being sought, both in the past and potentially extending indefinitely into the future, the amount in controversy exceeds the jurisdictional requirement of $75,000.

## Diversity Jurisdiction is Proper

10. As Plaintiff and State Farm are citizens of different states, and because the amount in controversy exceeds $75,000, the United States District Court for the Western District of Pennsylvania has original jurisdiction over this matter. See 28 U.S.C. §1332.

11. Section 1332 confers original jurisdiction over all civil matters where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

12. State Farm submits that this matter may be removed to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §1441, which permits removal of any civil action to the district courts that have original jurisdiction.

13. State Farm shall give notice to all parties of the filing of this Notice as required by 28 U.S.C. § 1446(d).

14. A copy of this Notice will be filed with the Department of Court Records of the Court of Common Pleas of Allegheny County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, State Farm Fire and Casualty Company, removes this civil action to the United States District Court for the Western District of Pennsylvania, pursuant to 28 U.S.C. §1441.

Respectfully submitted,

BURNS WHITE LLC

By: /s/Daniel J. Twilla
Daniel J. Twilla (PA I.D. #93797)
E-mail:  djtwilla@burnswhite.com
Daniel Inadomi (PA I.D. 312984)
E-mail:  dwinadomi@burnswhite.com
48 26th Street
Pittsburgh, PA  15222
(412) 995-3286 – Direct
(412) 995-3300 – Fax
*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 11, 2022, the foregoing NOTICE OF REMOVAL, inclusive of its Exhibits, was electronically filed using the Court's CM/ECF system and will be electronically served by that system upon all users of that system associated with this case. Additionally, undersigned counsel has forwarded a copy of this Notice of Removal to counsel of record by electronic mail:

*/s/Daniel J. Twilla*
Daniel J. Twilla (Pa. I.D. No. 93797)
BURNS WHITE LLC