IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY R. WENK, LEE ANN WENK, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | 2:22-CV-00433-CCW |

# JUDGMENT ORDER

FINAL JUDGMENT in the amount of $1.00 is hereby entered in favor of Plaintiffs Jeffrey R. Wenk and Lee Ann Wenk on Count I of the Complaint pursuant to Rule 58 of the Federal Rules of Civil Procedure.  FINAL JUDGMENT is entered in favor of Defendant State Farm Fire and Casualty Company on Count II of the Complaint.

IT IS SO ORDERED.

DATED this 8th day of September, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record